Fee Paid

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case                                                            16

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

william – dennis
michigan national

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

v.

Robert B. Hellman Jr.,
United Bridge Partners,
Bay City Bridge Partners

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 2:25-cv-12892
Assigned To : McMillion, Brandy R.
Referral Judge: Grand, David R.
Assign. Date : 9/11/2025
Description: CMP william-dennis V Robert B. Hellman JR et al (llh)

Jury Trial:  ☑ Yes   ☐ No
(check one)

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: William-dennis
Street Address: 43313 Woodward Avenue #1246
City and County: Bloomfield Hills, Oakland
State and Zip Code: Michigan RFD 48302
Telephone Number: 734-341-5481
E-mail Address: findout@wdsp.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Robert B. Hellman Jr.
Job or Title (if known): Executive officer, United Bridge Partners & Bay City Bridge Partners
Street Address: 2 Mount Vernon Lane
City and County: Atherton, San Mateo
State and Zip Code: California 94027
Telephone Number: 650-234-9855
E-mail Address (if known): bhellman@mdcpartners.com
Bobhellman@att.net
" " @gmail.com
" " @hotmail.com

Defendant No. 2

Name: United Bridge Partners a.k.a.
Job or Title (if known): United Bridge GP LLC; United Bridge Holdings, LLC
Street Address: 950 Tower Lane, Suite 800
City and County: Foster City, San Mateo
State and Zip Code: California 94404
Telephone Number:
E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name: Bay City Bridge Partners
Job or Title (if known): Claim ownership of roadway, published
Street Address: 300 Center Avenue, Suite 101
City and County: Bay City, Bay County
State and Zip Code: Michigan, 48708
Telephone Number: 1-855-648-4330
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*All my God given, unalienable core private inherent constitutional rights regarding 42 U.S.C § 1983 (deprivation of rights; U.S. Constitution, Art. IV Privileges and Immunities Clause; U.S. Constitution, Fourteenth Amendment, Equal Protection and Due Process Clauses; U.S. Constitution, Art VI Supremacy Clause; U.S. Constitution, Fifth Amendment (deprivation of Rights/Liberty without Due Process, Breach of trust, Unlawful Intermeddling the plaintiff's estate*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, (name) __William - dennis__,
    is a ~~citizen~~ national of the State of (name) __Michigan__.

    b. If the plaintiff is a corporation
    The plaintiff, (name) _____,
    is incorporated under the laws of the State of (name)
    _____, and has its principal place of business in the State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, (name) __Robert B. Helman__, is a citizen of the State of (name) __California__. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation
    The defendant, (name) __United Bridge Partners__, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) __California__. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) __United Bridge GP, LLC & United Bridge Holdings, LLC__

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy **The sum value of the God given, unalienable, core, private, inherent, constitutional rights violated**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**The sum value of God given, unalienable, core, private, inherent, constitutional rights is more than $75,000.**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) On _____, 2025 at approximately _____ in Bay County, Michigan the plaintiff was exercising his right to free travel and liberty as a national of michigan within his automobile conveyed to him from his living estate trust for his constitutional use and enjoyment as established under trust law, as well as exercising his right to travel unencumbered from and without licensing laws as supported by various U.S. Supreme Court precedents affirming no licensing is necessary for normal use of an automobile on common ways for personal use.

(2) Defendant(s) Robert Hellman, Jr., United Bridge Partners, Bay City Bridge Partner acting as usurpers, of the roadway and common way have created an unlawful system that fines/fees nationals and citizens alike for use and enjoyment of Constitutional Rights.

(3) Defendant Robert Hellman, Jr., United Bridge Partners, Bay City Bridge Partners have unlawfully intermeddled with the plaintiff living estate trust in which the SSN name and Birth Certificate name and their estates are now in trust; Conveyed by the Executor and held by the Grantor's office. Defendant has no written/delegated authority from these estate offices

5

(4) The Defendants are non elected and privately owned entities claiming ownership liability of common way and roadways. (turn over)

5) On _____, the plaintiff received a fine/fee through the united states Post Office, with a demand and threat for payment as well as a threat of escalating "the original threat", if the plaintiff refused to pay the Defendants, who sent these published threats. (see attached doc) / Exhibit

6) The Defendants demand/threat for use of a constitutional right of free travel via published presentment was mailed to the plaintiff without consent and with no knowledge of the plaintiff identification thus forcing a contract and trust by method of fraud; blatant and prima facie upon itself

7) The Defendant(s) are not nationals or citizens of Michigan

8) The Defendants are fining and feeing public roadways even after receiving federal funds "to maintain" bridges/roadways.

9) Bridges are considered land since they connect land and therefore a part of / included as common way and roadway and easement and "bridge".

10) The Defendant discriminates and divides who can have free use and enjoyment even though they do not live in michigan

11) The Defendant enriches themselves from the fines and fee collected from use of a constitutional right

12) The Plaintiff notified the Defendants and local government and no response or adequate resolution was/has occurred and rather the Defendant has shown to be deceitful or ignorant of law and very uncooperative in the "ownership/managing" of their scheme. Much disdain and aversion towards the Constitution is/has shown and evident on itself.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages determined by jury
Punitive damages determined by jury
Injunctive Relief in which the entire United Bridge Partners, Bay City Bridge Partners, Robert Hellman Jr. to include the City of Bay City and to include all County Offices of Bay County, Michigan must be DeJure to the plaintiff and honor all constitutional rights 100% and not by halves this must include the plaintiff's family and their estates.

Declatory Judgment That no private entity can infringe, encumber, fine or fee a constitutional right and, that no entity can own what is rightfully the Peoples; the People hold all reserved rights
Restitution shall be provided to plaintiff's living estate trust for the unlawful intermeddling; no Executor consent

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 11, 2025

Signature of Plaintiff _____

Printed Name of Plaintiff  william - dennis

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

ⓐ the plaintiff is a duly recorded michigan national but not a U.S. Citizen, per Public Law 94-241 of (1976) and per the GPO Styles Handbook (2016) pg 95 regarding "nationalities" which is primary law.

ⓑ The plaintiff is duly recorded and the Executor to the plaintiffs' estate is permanently recorded. Your administration is void and all matters must benefit the trust. "when the Executor appears, administration ceases..." Recorded with Wayne County Register of Deeds, Special Deposit Recording to Oakland County Clerk, Oakland & Wayne County Legal New Publications: Wayne County Register of Deeds Doc# 2023135367 L 58220 Pg 329, Wayne County Affidavit of Publication 1536556, Oakland County Affidavit of Publication 1536565, Michigan Office of Administrative Hearings & Rules (MOAHR) Case No. ENF 24020023 Office of Executor and Office of Grantor Living Estate Trust "william-dennis"

ⓒ The U.S. Constitution, and Michigan Constitution, The Maxims of Equity, The entire Michigan Compiled Laws are hereby fully referenced, incorporated and conveyed from the Public to the private estate trust where it is accepted and then conveyed to this honorable court with the intent that each reference is used for the benefit of the plaintiff

ⓓ the plaintiffs' name is william-dennis and the plaintiff is a michigan national and the Grantor of his U.S. person a.k.a. WILLIAM DENNIS SOWDERS the legal fiction Misnomer.

ⓔ The Legal fiction WILLIAM DENNIS SOWDERS or any other misnomers that are not the true name of the plaintiff are hereby conveyed from the public to the plaintiffs living estate trust in the private where the carte is then conveyed the misnomer(s) from the private with instructions to not use the misnomer now or ever again. (Turn over)⤵

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
William-dennis

**(b)** County of Residence of First Listed Plaintiff: Oakland
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Robert B. Hellman Jr.
United Bridge Partners
Bay City Bridge Partners

County of Residence of First Listed Defendant: San Mateo
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [x] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor Management Relations | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 790 Other Labor Litigation | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC § 1983

Brief description of cause: Violation of Constitutional Rights to travel, Unlawful Intermeddling & Contracting, Threats, Duress, Coercion, threat to seize property

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: September 3, 2025

SIGNATURE OF ATTORNEY OF RECORD: Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes:

The plaintiff is a duly recorded michigan national The U.S. Constitution, Michigan Constitution (1908), Maxims of Equity, the entire Michigan Compiled Laws, are fully referenced, incorporated, and conveyed from the public to the private living estate trust, is accepted and conveyed by the trust back to this honorable court and are to be used to the plaintiffs benefit

Office of Grantor
Living Estate Trust "william-dennis"
43313 Woodward Avenue
Ste 1246
Bloomfield Hills, Michigan [48302] RFD

(1)

Greetings,

This office is the Executor to the estate known as "WILLIAM DENNIS SOWDERS". The Grantor of this estate is a michiganian national but not as U.S. citizen

This office is in receipt of the attached demand for payment/fee in order to travel upon the land. This office requires the following:

1) The contact name, address, phone number of the administrator/custodian of this account, please include the company they work for.

2) Delegated Authority, in writing from this office, allowing your "administrator/custodian" to administrate this estate, "WILLIAM DENNIS SOWDERS" which is conveyed to this Living Estate Trust years ago

3) A trust transfer Grant Deed is being sent to you

for your records. Please return for your records.@

4) This Living Estate is protected by established trust law to include, but not limited to, Holy Bible, Maxims of Equity, Established Trust Law, Northwest Ordinance, united States Constitution, where our Law is found under the Judicature Act and require established trust law and at times civilian due process.

Send your law that allows the restriction to travel without fee/fine/payment.

We hold highest equitable claim to this estate and demand you prove/show your equal, prior, or superior claim higher than this office. You are unlawfully intermeddling upon this trust of a national. You are attempting to turn the Beneficiary into a Debtor by destroying core private inherent Constitutional Rights which are never given up.

As you see, you are destroying core private rights, restricting travel and freedom of movement, unlawfully intermeddling with Trust property and this office and their historical

documents each have a conflict, there is ③ a variance in the law.

"When two jurisdictions see the same subject matter, equity must prevail"

(— Michigan State Law
       Hack v Concrete Wall, 1957)

Please extinguish this unlawful claim for money. If you desire to pursue then you will forwith the requested ① written letter showing you have authority higher than ours,

② The Charter, insurance/bond of your office.

③ Your BAR card number for any/all BAR members attached/involved in any manner.

④ The name of the administrator/custodian to this account, their employer, address, and phone number.

This letter is not denying or agreeing with your letter however your letter

(4)

has no Bill of Attainder and appears to threaten this estate and its assets since this Living Estate Trust has never granted this to your office.

Your response could end the matter or be our Cause of Action towards the "accuser", which is your company administrator or custodian of this account.

If we fail to receive a response within 10 days — or —
If you cause any further destruction to the Beneficiary's core private rights,

This office will begin the lawful process of addressing this matter with the Supreme Court since it is a federal question. Govern yourself accordingly.

Executor, "William-dean"
LET


**BAY CITY BRIDGE PARTNERS**

# BILLING NOTICE - PAYMENT REQUIRED

02-0001046271

34 ********AUTO**ALL FOR AADC 480 T1 P0
WILLIAM DENNIS SOWDERS
43313 WOODWARD AVE PMB 1246
BLOOMFIELD HILLS, MI 48302-5007

| | |
|---|---|
| **Statement Number:** | 1046271 |
| License Plate: | DVM4450 |
| License Plate State: | MI |
| Customer ID: | 193847 |
| Billing Period: | 05/26/2025 - 06/25/2025 |
| Amount Due: | $21.00 |
| Due Date: | 07/23/2025 |

Statement Date: 06/26/2025

### PAY PROMPTLY to AVOID FEES and ESCALATION

Please pay by the due date to avoid additional fees and penalties. Failure to pay may result in the issuance of a Toll Violation Notice and additional escalation.

**If an owner or operator of a vehicle fails to pay the prescribed toll when due, they may be subject to additional fees and enforcement actions, and/or litigation.**

LATE FEES RESUMING JUNE 2025. Customers with unpaid balances may be subject to late fees starting with their June 2025 billing cycle. Promptly pay any outstanding balances to avoid additional fees. Visit our walk-in center at 300 Center Avenue, Suite 101 or contact our customer service if you need assistance. CITY OF BAY CITY RESIDENTS: You must have a valid BC-PASS account and a properly installed Transponder to qualify for FREE tolls.

Amount Due: $21.00
Due Date: 07/23/2025

| | |
|---|---|
| Previous Balance | -$11.00 |
| Payments | $0.00 |
| Tolls | $0.00 |
| Other charges | $0.00 |
| Fees | -$10.00 |
| **Ending Balance** | **-$21.00** |



# Background

*From BCBP website*

Bay City Bridge Partners is a local subsidiary of United Bridge Partners, an organization c country's infrastructure crisis with private financing solutions.

Because there is insufficient local, state or federal funds to fix Bay City's Liberty and Inde Partners (BCBP) has entered into an acquisition and development agreement with the Ci and modernization of Liberty Bridge and replacement of Independence Bridge that pass agreement, BCBP will also assume financial responsibility for operations and maintenan

# Overall Approach

- Provide 100% of the project financing — no cost passed on to the city
- Relieve Bay City of ownership liability
- Use local workforce, local material and equipment suppliers, local engineering/technic consultants and professional services
- Sequence and phase work to keep bridges open during construction, minimizing impa residents and business owners
- Develop an affordable tolling structure that favors Bay City residents
- Actively engage in the Bay City community