William-dennis

v

Bay City Bridge Partners
United Bridge Partners
Robert Hellman
25-cv-12892

## Response

Greetings,              i, william-dennis do
Not mind if an extension of time to respond
is needed/ granted.

Let it be known communication and
due process must be used, and at this
moment there is no intention/consent
to dismiss, therefore you have my
response in advance.

I and i, are open to communication
and may be shared with the court.
i look to resolve this matter with

the plaintiff swiftly if possible.

Other than that i with you a good day.

Respectfully Submitted,

— William-dennis
national, plaintiff