UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

william-dennis

Plaintiff(s),

vs.

Robert Hellman, et al,

Defendant(s).

Case No. 25-cv-12892

Judge Hon. Brandy R. McMillon

**TITLE OF DOCUMENT**

**Document Text:** Motion for Contempt of Court on behalf of Defendant who continues the Threats, Coercion, towards Plaintiff, Motion for injunction to Cease & desist.

Signature of Filer

Printed Name: william-dennis

Street Address: 43313 Woodward Avenue #1246

City, State, Zip Code: Bloomfield Hills, Michigan 48302

Telephone Number: 734-341-5481

Date: 12/5/2025

(3 pages total, not including this cover page)

**BAY CITY BRIDGE PARTNERS**

# TOLL VIOLATION NOTICE

02-0001589235

44 ********AUTO**ALL FOR AADC 480 T1 P0
WILLIAM DENNIS SOWDERS
43313 WOODWARD AVE PMB 1246
BLOOMFIELD HILLS, MI 48302-5007

| | |
|---|---|
| Statement Number: | 1589235 |
| License Plate: | DVM4450 |
| License Plate State: | MI |
| Customer ID: | 193847 |
| Billing Period: | 10/26/2025 - 11/25/2025 |
| Amount Due: | -$86.00 |
| Due Date: | 12/23/2025 |

Statement Date: 11/26/2025

## PAY PROMPTLY to AVOID ESCALATION and/or ENFORCEMENT ACTIONS

Failure to address or pay your unpaid tolls and fees by the due date on this notice shall be deemed an admission of liability and may result in escalation to a Collections Agency; and/or other escalation actions available in the state of Michigan.

Additional violation fees may be assessed for continued use of the toll road without proper payment.

Amount Due: -$86.00
Due Date: 12/23/2025

| | |
|---|---|
| Previous Balance | -$86.00 |
| Payments | $0.00 |
| Tolls | $0.00 |
| Other charges | $0.00 |
| Fees | $0.00 |
| **Ending Balance** | **-$86.00** |



## Pay your tolls promptly to avoid fees and penalties

| | | |
|---|---|---|
| ✉ | **FIRST NOTICE** | Tolls invoiced at higher Pay by Mail rate compared to BC-Pass/I-Pass/E-ZPass |
| ▼ | **SECOND NOTICE** | Unpaid Toll Balance + Late Fee + New Tolls |
| ⬛ | **THIRD NOTICE** | Prior Unpaid Balance + Delinquent Fee + New Tolls |
| ❗ | **TOLL VIOLATION STATUS** May be subject to other enforcement actions | Prior Unpaid Tolls and Fees listed above + Violation Penalty Fee + New Tolls |
| ❗ | **COLLECTIONS STATUS** | Notice of Assignment to a Collections Agency |

## New Activity

10/26/2025 - 11/25/2025     Active License Plates: 1

| Posted Date | Trip/Payment ID | Type | Travel Date | Pass or Plate | Description | Amount |
|---|---|---|---|---|---|---|

**BAY CITY BRIDGE PARTNERS**

Customer Service Center
300 Center Avenue, Suite 101
Bay City, MI 48708

**OFFICIAL TOLL NOTICE - IMMEDIATE ATTENTION REQUIRED**

PRESORTED FIRST CLASS

US POSTAGE $00.641
NOV 28 20
ZIP 752
21 30094

100 KJDJ1AB 48302